LATHAM & WATKINS LLP
  Joseph B. Farrell (SBN 137435)
    *joe.farrell@lw.com*
  Bryn M. McDonough (SBN 281023)
    *bryn.mcdonough@lw.com*
355 South Grand Avenue
Los Angeles, California  90071-1560
Telephone: (213) 485-1234
Facsimile:  (213) 891-8763

**JS-6**

Attorneys for Defendant
BECKMAN RESEARCH INSTITUTE OF
THE CITY OF HOPE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJESH GAUR,<br><br>            Plaintiff,<br><br>    v.<br><br>BECKMAN RESEARCH INSTITUTE OF THE CITY OF HOPE,<br><br>            Defendant. | CASE NO. 2:11-cv-00651-SJO-RZ<br><br>**JUDGMENT** |

The jury trial in this proceeding on the First and Second Claims for Relief of the Second Amended Complaint filed on July 6, 2012 (Dkt. No. 56) was conducted before the undersigned United States District Court Judge from September 25, 2012 through October 2, 2012.  Daniel Siegel and Dean Royer of the law firm Siegel & Yee represented the Plaintiff, Rajesh Gaur ("Plaintiff" or "Dr. Gaur"). Joseph B. Farrell and Bryn M. McDonough of the law firm of Latham & Watkins LLP represented Defendant Beckman Research Institute of the City of Hope ("Defendant" or "BRI").

/ / /

/ / /

/ / /

/ / /

The jury having heard the testimony of witnesses and reviewed documentary evidence submitted by the parties; the Court having heard and ruled upon all evidentiary objections; the jury having returned a verdict in favor of Defendant on all claims on October 3, 2012; the Court having ordered the prevailing party to submit a Proposed Judgment within ten (10) days;

The Court HEREBY ORDERS:

1. Judgment shall be entered in favor of Defendant BRI and against Plaintiff Rajesh Gaur on all claims;
2. Plaintiff shall take nothing by his Complaint; and
3. Defendant is awarded its costs of suit incurred in this action.

**IT IS SO ORDERED.**

October 16, 2012                     *S. James Otero*

DATE: _____     _____
                                             The Honorable S. James Otero
                                             United States District Judge


Dated: October 11, 2012

Respectfully submitted,

LATHAM & WATKINS LLP
   Joseph B. Farrell
   Bryn M. McDonough


By: /s/ Bryn M. McDonough
   Bryn M. McDonough
   Attorneys for Defendant
   Beckman Research Institute of the City of Hope