1  LATHAM & WATKINS LLP
      Joseph B. Farrell (SBN 137435)
2      *joe.farrell@lw.com*
      Bryn M. McDonough (SBN 281023)  **JS-6**
3      *bryn.mcdonough@lw.com*
   355 South Grand Avenue
4  Los Angeles, California  90071-1560
   Telephone: (213) 485-1234
5  Facsimile:  (213) 891-8763

6  Attorneys for Defendant
   BECKMAN RESEARCH INSTITUTE OF
7  THE CITY OF HOPE

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  RAJESH GAUR,                        CASE NO. 2:11-cv-00651-SJO-RZ

12              Plaintiff,              **JUDGMENT**

13        v.

14  BECKMAN RESEARCH INSTITUTE
    OF THE CITY OF HOPE,
15

16              Defendant.

17        The jury trial in this proceeding on the First and Second Claims for Relief of

18  the Second Amended Complaint filed on July 6, 2012 (Dkt. No. 56) was conducted

19  before the undersigned United States District Court Judge from September 25,

20  2012 through October 2, 2012.  Daniel Siegel and Dean Royer of the law firm

21  Siegel & Yee represented the Plaintiff, Rajesh Gaur ("Plaintiff" or "Dr. Gaur").

22  Joseph B. Farrell and Bryn M. McDonough of the law firm of Latham & Watkins

23  LLP represented Defendant Beckman Research Institute of the City of Hope

24  ("Defendant" or "BRI").

25  / / /

26  / / /

27  / / /

28  / / /

1    The jury having heard the testimony of witnesses and reviewed documentary

2  evidence submitted by the parties; the Court having heard and ruled upon all

3  evidentiary objections; the jury having returned a verdict in favor of Defendant on

4  all claims on October 3, 2012; the Court having ordered the prevailing party to

5  submit a Proposed Judgment within ten (10) days;

6    The Court HEREBY ORDERS:

7    1.    Judgment shall be entered in favor of Defendant BRI and against

8         Plaintiff Rajesh Gaur on all claims;

9    2.    Plaintiff shall take nothing by his Complaint; and

10   3.    Defendant is awarded its costs of suit incurred in this action.

11

12       **IT IS SO ORDERED.**

13

14       October 16, 2012

15  DATE: _____          _____

16                                 The Honorable S. James Otero
                                   United States District Judge
17

18

19  Dated:  October 11, 2012

20  Respectfully submitted,

21  LATHAM & WATKINS LLP
      Joseph B. Farrell
22    Bryn M. McDonough

23

24
    By: /s/ Bryn M. McDonough
25      Bryn M. McDonough
        Attorneys for Defendant
26      Beckman Research Institute of the City of Hope

27

28

[PROPOSED] JUDGMENT